UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

-vs-                                                            Case No. 6:09-cv-425-Orl-18DAB

RONDA LEE CHRISTIANSEN,
SUNTRUST MORTGAGE, INC.,
PORTFOLIO RECOVERY ASSOCIATES, LLC,
MIDLAND CREDIT MANAGEMENT, INC.,
Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Government's Motion for Default Judgment Against Midland Credit Management, Inc. (Doc. No. 82) and Defendant Christiansen's Motion to Quash (Doc. 72). The Court having reviewed the report and recommendation of the magistrate judge, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED. The Government's Motion for Default Judgment Against Midland Credit Management, Inc. (Doc. No. 82) is GRANTED and Clerk of the Court is directed to enter default judgment against Midland Credit Management, Inc. It is further ORDERED that Defendant Christiansen's Motion to Quash is DENIED (Doc. No. 72).

It is SO ORDERED in Orlando, Florida, this _____ day of January, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge